IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01049-EWN-OES

MITCHELL THEOPHILUS GARRAWAY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on July 29, 2005.**

Plaintiff's Motion For Order Compelling Disclosure Pursuant To Rule 37(a)(2)(4) [Filed July 7, 2005; Docket #82] is **DENIED**. Defendants shall have up to and including August 12, 2005, in which to respond to plaintiff's discovery request of May 4, 2005.