IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01049–EWN–OES

MITCHELL THEOPHILUS GARRAWAY,

     Plaintiff,

v.

UNITED STATES OF AMERICA, EX REL., VIA:
FEDERAL BUREAU OF PRISONS, *et al.*,

     Defendants.

### MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

"Plaintiff's Request to Judge Nottingham for Immediate Ruling and Order on Motions Dated April 1, 21, and 28, 2005" (Document 91) filed July 29, 2005 is GRANTED, in part, and DENIED, in part. The motion to expedite is GRANTED as to the motion to remove the magistrate judge. The "Motion to Remove Magistrate Judge Schlatter" (Document 79) filed May 3, 2005 is DENIED. As to the other two motions referenced in plaintiff's motion to expedite, the motion to expedite is DENIED. Those motions are before the magistrate judge.

Dated: August 1, 2005