IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01049-EWN-OES

MITCHELL THEOPHILUS GARRAWAY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on August 16, 2005.**

Plaintiff has failed to comply with Fed.R.Civ.P. 37(a)(2)(A) and D.C.COLO.LCivR 7.1(A) in certifying his efforts to resolve the disputed matter.  Although the court must liberally construe *pro se* filings, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants.  See  Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992); Nielsen v. Price, 17 F.3d 1276, 1277 (10th Cir. 1994).  Plaintiff's Second Motion For Order Compelling Disclosure Pursuant To Rule 37(a)(2)(4) [Filed August 12, 2005; Docket #94] is **DENIED**.