IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01049-EWN-OES

MITCHELL THEOPHILUS GARRAWAY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on August 19, 2005.**

Pending resolution of the Federal Defendants' Motion To Dismiss, filed on April 19, 2005, the Preliminary Pretrial Conference scheduled for September 12, 2005, at 9:45 a.m., is **CANCELED**.

Plaintiff's Motion For Order Requiring Defendant Bureau Of Prisons To Permit Plaintiff To Contact Court [Filed August 16, 2005; Docket #98] is **DENIED**.

The court's September 20, 2004, Order is clear and relates solely to the voluntary dismissal by the plaintiff of his First Amendment claim in this action. The 13 individual defendants have been granted representation by the Department of Justice, a decision which is a non-reviewable agency decision. See Turner v. Schultz, 187 F.Supp.2d 1288, 1291-97 (D.Colo. 2002). Plaintiff's Motion For Sanctions [Filed April 15, 2005; Docket #63] and Supplemental Pleadings Pursuant To Rule 15(d) F.R.Civ.P. [Filed April 28, 2005; Docket #74] are **DENIED.**