IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01049–EWN–OES

MITCHELL THEOPHILUS GARRAWAY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, EX REL., VIA:
FEDERAL BUREAU OF PRISONS,
GUY DRENNAN,
DALE GRAFTON,
JOSEPH GUNJA,
KENNETH LINCOLN,
MIKE MARONI,
LEO ORTEGA,
HECTOR A. RIOS,
LARRRY RITTENMEYER,
MARK ROBLES,
RICHARD SAMS,
CELEST SANTOS-COLLINS,
BENJAMIN VALLE, and
ANDREW WATSON,

    Defendants.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation for Denial of Preliminary Injunction or Temporary Restraining Order" filed by the assigned magistrate judge on July 30, 2004. Plaintiff has objected to the recommendation. I have conducted the requisite *de novo*

review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The motion for a preliminary injunction or temporary restraining order (#9) is DENIED.

3. The case is RECOMMITTED to the magistrate judge for further proceedings.

DATED this  28th  day of September, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge