IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01049-EWN-OES

MITCHELL THEOPHILUS GARRAWAY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on September 29, 2005.**

    Plaintiff having filed his response to the federal defendants' Motion To Dismiss For Lack Of Jurisdiction on April 29, 2005, his request for an extension of time in which to file the response [Filed April 28, 2005; Docket #75] is **GRANTED** *nunc pro tunc* to April 29, 2005.

    The court's CM-ECF filing system has caused the header notations on the defendants' Motion For Summary Judgment of which the plaintiff complains, and are not by the action of the defendants. Accordingly, plaintiff's Motion Requesting Dismissal of Defendant's Summary Judgment Motion [Filed September 23, 2005; Docket #117] is **DENIED**.