IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01049-EWN-PAC

MITCHELL THEOPHILIUS GARRAWAY,

      Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that Plaintiff's Amendment to His Civil Action to Correct Names of Defendants Rittenmeyer and Ortega Pursuant to Rule 15(a) F.R.Civ.P. [filed October 18, 2005] [Doc. #129], which the court construes as a motion to amend the caption, is **GRANTED** as follows:

      The caption is **HEREBY AMENDED** to change defendant "Larry Rittenmeyer" to defendant "Lee Rittenmeyer" and to change defendant "Leo Ortega" to defendant "Leonel Ortega."

Dated:  June 22, 2006