IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04-cv-01049-EWN-PAC

MITCHELL THEOPHILUS GARRAWAY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, EX REL., VIA:
FEDERAL BUREAU OF PRISONS,
KENNETH LINCOLN,
LARRRY RITTENMEYER, and
MARK ROBLES,

    Defendants.

## ORDER SETTING FINAL PRETRIAL CONFERENCE

It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings. Accordingly, it is

**ORDERED** as follows:

1. The court will hold a Final Pretrial Conference commencing at 10:30 o'clock a.m. on Friday, December 22, 2206, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2. The Bureau of Prisons, Lewisburg United States Penitentiary, shall arrange for Plaintiff to attend the Final Pretrial Conference by video conference.

3. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which

can be downloaded from the court's web site, specifically

http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd. These specific web addresses should be used to insure that the proper format is observed.

Dated this 8th day of November, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge