IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01049–EWN–PAC

MITCHELL THEOPHILUS GARRAWAY,

    Plaintiff,

v.

UNITED STATES OF AMERICA, EX REL., VIA:
FEDERAL BUREAU OF PRISONS, *et al.*,

    Defendants.

### MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Plaintiff's Request for Amendment to Final Pretrial Order and Request for Order to Allow Plaintiff to Meet with Expert Witness" (#190, filed February 8, 2007) is DENIED as moot. A new final pretrial order will supersede the previously filed final pretrial order.

Dated: February 28, 2007