IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                     Date: September 17, 2007
Darlene Martinez, Court Reporter

Civil Action No. 04–cv–01049–EWN–KLM

*Parties:*                                      *Counsel:*

MITHCELL THEOPHILUS GARRAWAY,                   John Phillips, Jr., and Michael Murphy

      Plaintiff,

v.

USA, *ex rel via:*                              Mark Pestal and Amy Padden
FEDERAL BUREAU OF PRISONS,
KENNETH LINCOLN,
LEE RITTENMEYER, and
MARK ROBLES,

      Defendants.

---

## TRIAL MINUTES

**Trial to Jury - Day One**

**8:57 a.m.**     Court in session.

Jury panel is present.

Eighteen jurors called.

**9:04 a.m.**     Civil voir dire oath given to jury panel.  Voir dire by court commences.

**9:36 a.m.**     Mr. Phillips introduces Mr. Murphy, Mike Lovell, and Plaintiff Garraway, and lists Plaintiff's witnesses.

**9:40 a.m.**     Mr. Pestal introduces Ms. Padden, Kenneth Lincoln, Lee Rittenmeyer, Mark Robles, and Melba Dupree, and lists Defendants' witnesses.

**9:43 a.m.**     Continued voir dire.

Challenges for Cause by Court:
1.     #100137346

Peremptory Challenges by Plaintiff:
1.     #100140413
2.     #100157682
3.     #100120595

Peremptory Challenges by Defendant:
1.     #100131191
2.     #100158231
3.     #100151188

**10:51 p.m.**     Civil jury oath given.

Twelve Jurors Sworn to Try the Case:
1.     #100136009
2.     #100144243
3.     #100146392
4.     #100142153
5.     #100130631
6.     #100121576
7.     #100123203
8.     #100140413
9.     #100157682
10.    #100125783
11.    #100129911
12.    #100149192

**10:53 a.m.**     Court in recess.

**11:17a.m.**     Court in session.

*Courtroom Minutes*
*04-cv-01049-EWN-KLM*
*Chief Judge Edward W. Nottingham*
*Page 3 of 5*

Jury is not present.

Discussion regarding Defendants' motion in limine, #221.

**ORDERED:**       **Defendants' Motion in Limine (#221, filed September 14, 2007) is GRANTED.**

**11:28 a.m.**       Jury is present.

Court gives jury preliminary instructions.

**11:50 p.m.**       Court in recess.

**1:12 p.m.**       Court in session.

Jury is present.

**1:13 p.m.**       Plaintiff's opening statement by Mr. Phillips.

**1:25p.m.**       Defendants' opening statement by Ms. Padden.

**1:42 p.m.**       Plaintiff Garraway called and sworn.

Direct examination by Mr. Murphy.

*Exhibits Identified: 9, 6, 3, 8*

*Exhibits Received: 9, 6 (answers to interrogatories are stricken), 3, 8*

**2:38 p.m.**       Cross examination by Mr. Pestal.

**3:06 p.m.**       Witness is excused.

**3:07 p.m.**       Reader reads into the record the deposition of Kevin Raymond Grisby.

*Exhibit 6 is admitted in its entirety due to withdrawal of Defendants' hearsay objection.*

**3:16 p.m.**       Court in recess.

**3:35 p.m.**      Court in session.

Jury is present.

**3:35 p.m.**      Plaintiff's witness, Johnny Chavez, called and sworn.

Direct examination by Mr. Murphy.

*Exhibits Identified: 11, A5, 17*

*Exhibits Received: 17, A5*

**3:53 p.m.**      Cross examination by Mr. Pestal.

**3:54 p.m.**      Re-direct examination by Mr. Murphy.

**3:55 p.m.**      Witness excused, subject to recall.

**3:56 p.m.**      Plaintiff's witness, Denese Heuett, called and sworn.

Direct examination by Mr. Murphy.

*Exhibit Identified:7*

*Ruling Reserved: 7*

**4:07 p.m.**      Cross examination by Ms. Padden.

**4:09 p.m.**      Re-direct by Mr. Murphy.

*Exhibit Received: 7 (redacted version)*

**4:13 p.m.**      Re-cross by Ms. Padden.

**4:17 p.m.**      Re-direct by Mr. Murphy.

**4:17 p.m.**      Witness is excused.

Mr. Pestal moves for the admission of *Exhibits A8, A9, A10, A11, A12, A13, A14, A15, A16, A17, A18, A19, A20, A21, A22, A23, A24, A25, A26, A27, A28, A29, A30, A31, A32.*

*Exhibits Received: A8, A9, A10, A11, A12, A13, A14, A15, A16, A17, A18, A19, A20, A21, A22, A23, A24, A25, A26, A27, A28, A29, A30, A31, A32*

**4:19 p.m.**      Defendants' witness, Hector Rios, called and sworn.

Direct examination by Mr. Pestal.

*Exhibits Identified: A33, A34*

*Exhibit Rejected: A33*

*Exhibit Received: A34*

**4:58 p.m.**      Court instructs jury regarding admonitions of trial.

Trial will resume tomorrow at 8:45 a.m.

**5:00 p.m.**      Court in recess.

Total time in court: 05:58

Trial continued.