IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Case No. 04-cv-01049-EWN-KLM

MITCHELL THEOPHILUS GARRAWAY,

    Plaintiff,

v.

USA, *ex rel via:*
FEDERAL BUREAU OF PRISONS,
KENNETH LINCOLN,
LEE RITTENMEYER, and
MARK ROBLES,,

    Defendants.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED this 19th day of September, 2007.

BY THE COURT:

_____
Edward W. Nottingham, Chief Judge

_____
Counsel for Government
Plaintiff

_____
Counsel for Defendant