IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01049-EWN-KLM

MITCHELL GARRAWAY

    Plaintiff,

v.

LEE RITTENMEYER, *et al.*

    Defendants.

## ORDER DISSOLVING WRIT AD TESTIFICANDUM

The proceedings requiring the presence of plaintiff within the District of Colorado having been concluded, the Writ Ad Testificandum is hereby dissolved. The Marshals Service shall forthwith return Mitchell Garraway to the custody of the Bureau of Prisons.

IT IS SO ORDERED this 20th day of September, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief Judge
                United States District Court